O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO SAPIEN, | ) | Case No. CV 05-04223 DDP (PJWx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| COUNTY OF LOS ANGELES, a Municipal Corporation; CITY OF WHITTIER, a Municipal Corporation, | ) | |
| Defendants. | ) | |

**A.   Judgment re Whittier Defendants' Motion for Summary Judgment**

This action came on for hearing before the Court on June 28, 2007, the Honorable Dean D. Pregerson, District Judge, presiding, on a motion for summary judgment filed on behalf of Defendants City of Whittier, James Uhl, and Mike Martinez.  Oral argument was heard and the matter taken under submission.

The evidence having been presented and fully considered, the issues having been duly heard and a decision having been duly rendered,

1    IT IS ORDERED AND ADJUDGED that:

2    1) Summary judgment is granted on Count II as to Whittier

3    Defendant James Uhl.

4    2) Summary judgment is granted on Count II as to Whittier

5    Defendant Michael Martinez.

6    3) Summary judgment is granted on Count II as to the City of

7    Whittier.

8    4) Summary judgment is granted as to all Defendants as to

9    Counts I, III, XI, and IX.

10   It is further ordered that Plaintiff take nothing as to these

11   Defendants, and that the action is dismissed on the merits as to

12   Defendants City of Whittier, James Uhl and Michael Martinez, and

13   they shall recover their costs.  Whittier Officers Dean Montgomery,

14   Ralph Kremling, and Chard Hoeppner were previously dismissed at the

15   June 28, 2007, hearing.

16

17   **B.   Judgment after Jury Trial**

18   This action came on regularly for trial on November 6, 2007 in

19   Courtroom "3" of the United States District Court for the Central

20   District of California before the Honorable Dean D. Pregerson,

21   United States District Judge.  Plaintiff Antonio Sapien was

22   represented by Leo James Terrell of the Law Offices of Leo James

23   Terrell.  Defendants County of Los Angeles and Sgt. Salvador Munoz

24   were represented by L. Trevor Grimm of Manning & Marder, Kass,

25   Ellrod, Ramirez, LLP.

26   A jury of eight (8) persons were regularly empaneled and sworn

27   on November 6, 2007.  Witnesses were sworn and testified and

28   documentary evidence was introduced and admitted into evidence.

After hearing the evidence and arguments of counsel, the jury was duly instructed by the court and the cause was submitted to the jury with directions to return a Special Verdict.  The jury of eight (8) jurors deliberated and thereafter returned to the Court on Wednesday, November 14, 2007 a verdict in favor of Defendants and against Plaintiff Sapien on all claims.  Defendants shall recover their costs.

IT IS SO ORDERED.

Dated: January 25, 2008

DEAN D. PREGERSON
United States District Judge